UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| KENNETH O'BRYANT, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 4:16-CV-836-NCC |
|  | ) |  |
| WORLD MANAGEMENT INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of plaintiff's Financial Affidavit – CJA 23 [Doc. 6], which was filed with the Court on September 2, 2016. *See* 28 U.S.C. § 1915(a).

Previously, on August 8, 2016, the Court instructed plaintiff to submit a fully-completed CJA-23, because he had failed to state whether he has cash or funds in a savings or checking account, and if he does, the total amount of said account(s). Plaintiff has inexplicably submitted another partially-completed financial affidavit CJA Form 23 in support of the application for in forma pauperis status, again failing to state whether he has cash or funds in a savings or checking account, and if he does, the total amount of said account(s). As such, the Court is unable to determine if plaintiff is financially unable to pay any portion of the filing fee. *See* 28 U.S.C. § 1915(a), Local Rule 2.05(A). The Court will afford plaintiff one last opportunity to submit a fully-completed CJA-23 financial affidavit, and if he fails to do so, this action will be dismissed without prejudice and without further notice.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that, within thirty (30) days of the date of this Order, plaintiff shall either pay the statutory filing fee or submit a fully-completed CJA Form 23 (financial affidavit).

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this case without prejudice and without further notice to him.

Dated this 13th day of September, 2016.

                                          /s/ Noelle C. Collins
                                        NOELLE C. COLLINS
                                        UNITED STATES MAGISTRATE JUDGE