UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| KENNETH O'BRYANT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:16CV836 NCC |
| WORLD MANAGEMENT INC., | ) | |
| Defendant. | ) | |

### MEMORANDUM AND ORDER

This matter is before the Court upon the motion of plaintiff Kenneth O'Bryant for leave to proceed in forma pauperis. (Docket No. 2). On October 7, 2016, in response to this Court's September 13, 2016 Order, plaintiff paid the $400.00 filing fee. The motion will therefore be denied as moot.

Consequently, the Court is not responsible for serving process pursuant to 28 U.S.C. § 1915. Plaintiff is advised that, under Rule 4(c)(2) of the Federal Rules of Civil Procedure, "[s]ervice may be effected by any person *who is not a party* and who is at least 18 years of age." (Emphasis added.) This means that plaintiff is not permitted to serve process himself.

Plaintiff should try to find a qualified person to serve process on the complaint pursuant to Rule 4. If plaintiff cannot do so, then he may move the Court, at a later date, to direct the U.S. Marshal to serve process. If plaintiff chooses to file such a motion, he must explain to the Court, in writing, what steps he took to locate a qualified person to serve process on the complaint, and why he was unsuccessful.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Kenneth O'Bryant's Motion to Proceed in Forma Pauperis (Docket No. 2) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that plaintiff shall cause service of process to be effected upon the defendant **no later than Thursday, January 5, 2017**.

Dated this 21st day of October, 2016.

        /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE