# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KENNETH O'BRYANT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WORLD MANAGEMENT INC., ) <br> ) <br> Defendant. ) | Case No. 4:16-cv-00836-NCC |

## MEMORANDUM AND ORDER

This matter is before the Court on *pro se* Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 15). In light of Plaintiff's Notice of Appeal (Doc. 14) filed the same day as the current Motion, the Court will construe Plaintiff's Motion as a Motion for Leave to Proceed in Forma Pauperis on Appeal. However, as before, Plaintiff failed to submit the required financial affidavit; in fact, the record contains a notation that Plaintiff refused to submit such an affidavit. The absence of a financial affidavit left the Court unable to consider the instant motion. *See* 28 U.S.C. § 1915(a)(1). Therefore, in an Order dated April 11, 2017, the Court gave Plaintiff an additional ten days to submit a fully completed Form CJA 23 (Financial Affidavit) and warned Plaintiff that his failure to timely comply with the Order may result in the denial of his Motion for Leave to Proceed in Forma Pauperis. As of today's date, Plaintiff has not filed the required financial affidavit or otherwise responded to the Court's Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 15) is **DENIED**.

Dated this 27th day of April, 2017.

    /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE